CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

W. KEAUPUNI AKINA #11565
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: KeAupuni.Akina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 23, 2023
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY DAVIS, (01)<br>JUSTIN KALANI MORIKAWA, (02)<br><br>Defendants. | MAG. NO. 23-00800 RT<br><br>CRIMINAL COMPLAINT;<br>AFFIDAVIT |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly telephonically sworn, state the following is true and correct to the best of my knowledge and belief:

<u>Attempted Possession with Intent to Distribute Methamphetamine</u>
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; 18 U.S.C. § 2)

On or about May 22, 2023, within the District of Hawaii, JEFFREY DAVIS and JUSTIN KALANI MORIKAWA, the defendants, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and did aid and abet the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

I further state that I am a United States Postal Inspector with the United States Postal Inspection Service. This Complaint is based on the following Affidavit, which is attached hereto and incorporated herein.

DATED: Honolulu, Hawaii, May 23, 2023

Melanie Cristie P. Ramirez
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this <u>23rd</u> day of May 2023, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly telephonically sworn, state the following is true and correct to the best of my knowledge and belief:

1. I am a Postal Inspector of the United States Postal Inspection Service ("USPIS"), assigned to the San Francisco Division, Honolulu Domicile in Honolulu, Hawaii and have been so employed since January 2022. I received federal law enforcement training and graduated from the USPIS Career Development Unit, Basic Inspector Training academy in May 2022, during which time training included the investigation of federal law violations including but not limited to that of mail theft, burglaries, robberies, and criminal misuse of the United States Postal Service ("USPS") mail services. During my employment with the USPIS, I have participated in investigations involving theft of mail, robberies and assaults of USPS employees, as well as the criminal misuse of USPS mail to transport non-mailable items such as fireworks and traffic narcotics. I also have had discussions with Postal Inspectors and investigators who have extensive experience in investigations involving nonmailable items such as narcotics.

2. Prior to becoming a U.S. Postal Inspector, I was a police officer with the Honolulu Police Department for approximately seven years. I held various assignments including that as a booking and processing officer, division administrative officer, and patrol officer. As a patrol officer, I participated in

investigations including but not limited to illegal narcotics possession, deaths, assaults, thefts, robberies, burglaries, as well as fraud.

3. I submit this affidavit in support of a Criminal Complaint for JEFFREY DAVIS and JUSTIN KALANI MORIKAWA, charging each with one count of Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 and 18 U.S.C. § 2. This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

4. On May 12, 2023, the Honorable Rom A. Trader, U.S. Magistrate Judge of this Court, issued a search warrant under Mag. No. 23-00752 RT to search a brown box bearing USPS Priority Mail Express tracking number EI 667 962 571 US ("SUBJECT PARCEL") addressed to Kauai Beach Front Inn, C/O

INDIVIDUAL 1, 4-XXXX KUHIO HWY, KAPAA, HI 96766 ("SUBJECT PREMISES"). USPIS inspectors conducted a warranted search of the SUBJECT PARCEL and discovered a white crystalline substance that field tested positive for methamphetamine within. The white crystalline substance had an approximate weight of 885 grams (weighed in packaging).

5. Based on my training and experience, the amount of methamphetamine discovered in the SUBJECT PARCEL and the manner in which the methamphetamine was packaged is not consistent with personal use but rather is consistent with distribution.

6. On May 22, 2023, law enforcement agents executed a controlled delivery of the SUBJECT PARCEL. Prior to the commencement of the controlled delivery, investigators removed the methamphetamine and installed pseudo-methamphetamine (that is, a substance resembling methamphetamine that is not, in fact, methamphetamine) inside the parcel. Also prior to the start of the controlled delivery, the Honorable Rom A. Trader issued a warrant authorizing the installation of beeper and global positioning system ("GPS") tracking devices inside the parcel for the controlled delivery under Mag. No. 23-783 RT. The beeper device would emit a signal to investigators that the SUBJECT PARCEL had been opened. The tracking device would allow investigators to track the

parcel's whereabouts during the controlled delivery. The parcel was reconstructed to appear the way it had when the USPS initially received it.

7. On May 22, 2023, at approximately 12:42 PM HST, a U.S. Postal Inspector acting in an undercover capacity as a USPS worker delivered the SUBJECT PARCEL to the SUBJECT PREMISES.

8. An unidentified male received the SUBJECT PARCEL and brought it into the SUBJECT PREMISES. Some time later, a person later identified as INDIVIDUAL 1 placed a bag large enough to contain the SUBJECT PARCEL into a red vehicle that departed the SUBJECT PREMISES. Agents tracked the SUBJECT PARCEL'S location via the GPS tracking device within the SUBJECT PARCEL to the Kapaa Ace Hardware parking lot at the Kapaa Shopping Center. A male, later identified as DAVIS, arrived in a silver four door Chevrolet Silverado bearing Hawaii license plate KDA 706 ("SUBJECT VEHICLE-1") registered to DAVIS. Agents observed INDIVIDUAL 1 hand DAVIS the SUBJECT PARCEL from inside the red vehicle, and observed DAVIS place the SUBJECT PARCEL into the bed of SUBJECT VEHICLE-1.

9. Agents then followed SUBJECT VEHICLE-1 and tracked the SUBJECT PARCEL to the shoreline at a beach known as 'Slaughterhouse' located near the Kauai Beach Resort at the Beachboy. Agents observed DAVIS speaking

with a male, later identified as MORIKAWA. MORIKAWA was later observed getting into a green Toyota Tacoma bearing Hawaii license plate KEP 133 ("SUBJECT VEHICLE-2") registered to MORIKAWA.

10. Agents followed the SUBJECT VEHICLE-1, SUBJECT VEHICLE-2 and tracked SUBJECT PARCEL to an isolated area known as Loop Road at the end of Kuamoo Rd. As agents approached the vehicles, SUBJECT VEHICLE-1 stopped in the parking lot area while SUBJECT VEHICLE-2 maneuvered around one stopped law enforcement vehicle, traversed on an unimproved area, and traveled away from approaching law enforcement vehicles at a high rate of speed causing the rear of the SUBJECT VEHICLE-2 to skid side to side several times before straightening and travelling away at a high rate of speed.

11. Agents detained DAVIS and during a post-*Mirandized* statement, DAVIS stated agents could search the SUBJECT VEHICLE-1. Within SUBJECT VEHICLE-1 agents located the SUBJECT PARCEL.

12. DAVIS advised, in sum and substance: DAVIS previously ordered a total of two pounds of methamphetamine and expected the methamphetamine to be in the SUBJECT PARCEL; DAVIS intended to give one pound of the methamphetamine to MORIKAWA, who had pre-paid DAVIS $1,900 for the methamphetamine; and DAVIS intended to smoke part of the remaining one pound

of methamphetamine and distribute the rest to other individuals.

13. Agents detained MORIKAWA and during a post-*Mirandized* statement, MORIKAWA stated, in sum and substance: DAVIS called MORIKAWA to meet at Ace Hardware; DAVIS asked MORIKAWA to be a lookout that day and in exchange DAVIS would give MORIKAWA a "piece" which MORIKAWA understood to mean methamphetamine; that MORIKAWA intended to purchase methamphetamine from DAVIS; and that DAVIS previously received methamphetamine in mail parcels.

## **CONCLUSION**

14. Based on the above circumstances, I believe there is probable cause to conclude that on or about May 22, 2023, JEFFREY DAVIS and JUSTIN KALANI MORIKAWA attempted to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine,

//

//

//

//

//

//

its salts, isomers, or salts of its isomers, which is a Schedule II controlled substance and did aid and abet the same.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, May 23, 2023.

Melanie Cristie P. Ramirez
U.S. Postal Inspector
U.S. Postal Inspection Service

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendants above-named committed the charged crime found to exist by the undersigned Judicial Officer at 3:35 p.m. on May 23, 2023.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 23rd day of May 2023, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge